UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

In re:

**DENNIS and KAREN DYLEWSKI,**

          Debtors.

Case Number **10-40696-659**
Chapter 7
Hearing Date **August 29, 2011**
Regarding Document **48**

## ORDER ON TRUSTEE'S MOTION TO COMPROMISE

This matter coming before the Court on Robert J. Blackwell, Trustee's Motion to Compromise; notice of Trustee's Motion having been sent to the Debtors, Debtors' attorney, and all parties on the mailing matrix and no responses or objections having been received; upon a review of the Trustee's Motion, a review of the Court's record in this matter and for good cause shown;

**IT IS HEREBY ORDERED** that the Trustee's Motion is approved and the Trustee is authorized to compromise the Estate's interest in the Debtor's settlement proceeds from his claim against the driver in his 2008 automobile v. motorcycle accident, for a total settlement of $9,708.56. Said payment shall be due within fourteen (14) days of entry of this Order.

*/s/ Kathy A. Surratt-States*
KATHY A. SURRATT-STATES
United States Bankruptcy Judge

DATED: August 31, 2011
St. Louis, Missouri
LBK

**COPIES TO:**
**Order Prepared By:**
Bryan T. Voss, Attorney for Robert J. Blackwell, Trustee
P. O. Box 310
O'Fallon, Missouri 63366-0310
(636) 240-3632 / Fax (636) 240-6803
bvoss@blackwell-lawfirm.com

U. S. Trustee's Office
111 South 10th Street, Suite 6353
St. Louis, MO 63102

Dennis and Karen Dylewski
2302 Peterein Court
Festus, MO 63028

Tobias Licker
Attorney for the Debtors
1861 Sherman Drive
St. Charles, Missouri 63303

dc7651.p